UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-08-085-RHW-7 |
| Plaintiff, ) | |
| ) | ORDER ON PLEA, GRANTING |
| v. ) | DEFENDANT'S UNOPPOSED MOTION |
| ) | TO RECONSIDER AND SETTING |
| CAROL SOLOMON, ) | CONDITIONS OF RELEASE |
| ) | |
| Defendant. ) | |

At Defendant's August 5, 2008, arraignment on Superseding Indictment, and hearing on the Defendant's Motion to Reconsider (Ct. Rec. 118), the United States was represented by Assistant U.S. Attorney Aine Ahmed; the Defendant was present with counsel Donald Kellman. The Defendant entered pleas of not guilty to all counts.

**IT IS ORDERED** that the pleas of Defendant are received, and the Defendant is bound over for trial before a district judge.

**IT IS FURTHER ORDERED** that the Defendant's unopposed Motion to Reconsider **(Ct. Rec. 118)** is **GRANTED.** Defendant shall be released on the following conditions:

1. Defendant shall participate in an intensive inpatient treatment program beginning August 6, 2008. **Defendant will be released to an agent of the outpatient program on August 6, 2008.** Defendant shall comply with all of the rules of the treatment program. If Defendant fails in any way to comply or cooperate with

ORDER ON PLEA, GRANTING DEFENDANT'S UNOPPOSED MOTION
TO RECONSIDER AND SETTING CONDITIONS OF RELEASE - 1

Case 2:08-cr-00085-LRS   Document 130   Filed 08/05/08

the requirements and rules of the treatment program, Pretrial Services shall notify the court and the U.S. Marshal, who will be directed to immediately arrest the Defendant. Defendant shall be responsible for the cost of the treatment. Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor. **Treatment shall not interfere with Defendant's court appearances.** Following inpatient treatment, Defendant shall participate in an aftercare program. If random urinalysis testing is not done through the treatment program, random urinalysis testing shall be conducted through Pretrial Services, but shall not exceed six (6) times per month.

2. **Prior to release from inpatient treatment, an outpatient treatment program must be presented to the court. If Defendant does not have a structured outpatient treatment program in place prior to conclusion of her inpatient treatment, she automatically will go back into the custody of the U.S. Marshal.**

3. Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise her supervising Pretrial Services Officer and her attorney within one business day of any charge, arrest, or contact with law enforcement.

4. Defendant shall advise the court and the United States Attorney in writing before any change in address.

5. Defendant shall appear at all proceedings and surrender as directed for service of any sentence imposed.

6. Defendant shall sign and complete form A.O. 199C before being released and shall reside at the address furnished.

7. Defendant shall remain in the Eastern District of

Washington while the case is pending. On a showing of necessity, Defendant may obtain prior written permission to leave this area from the United States Probation Office.

8. Defendant shall not possess a firearm, destructive device or other dangerous weapon.

9. Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

10. Defendant shall refrain from the use of alcohol, and the use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

11. Defendant shall report to the United States Probation Office before or immediately after her release and shall report as often as they direct, at such times and in such manner as they direct. Defendant shall contact her attorney at least once a week.

12. **Defendant shall have no contact, direct or indirect, with Co-Defendant Marc George.**

**Defendant is advised a violation of any of the foregoing conditions of release may result in the immediate issuance of an arrest warrant, revocation of release and prosecution for contempt of court, which could result in imprisonment, a fine, or both. Specifically, Defendant is advised a separate offense is established by the knowing failure to appear and an additional sentence may be**

ORDER ON PLEA, GRANTING DEFENDANT'S UNOPPOSED MOTION
TO RECONSIDER AND SETTING CONDITIONS OF RELEASE - 3

imposed for the commission of a crime while on this release. In this regard, any sentence imposed for these violations is consecutive to any other sentence imposed.

DATED August 5, 2008.

                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER ON PLEA, GRANTING DEFENDANT'S UNOPPOSED MOTION
TO RECONSIDER AND SETTING CONDITIONS OF RELEASE - 4